**Order entered April 22, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00353-CV

### IN RE BOTTLED BLONDE DALLAS, LLC
### D/B/A BOTTLED BLONDE, Relator

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-01065**

## ORDER
Before Justices Myers, Nowell, and Goldstein

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    LANA MYERS
         JUSTICE